United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-50105-KMS
Jack David Anderson  Chapter 7
Sharon Lynn Anderson
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: 318 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jack David Anderson, Sharon Lynn Anderson, PO Box 91, Richton, MS 39476-0091 |
| 5467133 | | Burchfin, 1233 MS-42 ST#100, Petal, MS 39465 |
| 5467137 | + | Dept of VA, 1600 E Woodrow Wilson, Jackson, MS 39216-5100 |
| 5467143 | + | Our Lady of the Lake, 5000 Hennessy Blvd, Baton Rouge, LA 70808-4367 |
| 5467144 | + | Radiology Associates, PO Box 919329, Dallas, TX 75391-9329 |
| 5467147 | + | Summit Financial, P.O. Box 445, Richton, MS 39476-0445 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Apr 29 2025 23:46:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | | Email/Text: gordie@i-bankonline.com | Apr 29 2025 19:48:00 | Independent Bank, 5050 Poplar Ave #110, Memphis, TN 38157 |
| cr | | EDI: AGFINANCE.COM | Apr 29 2025 23:39:00 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |
| 5467132 | | Email/Text: bankruptcy@1ffc.com | Apr 29 2025 19:48:00 | 1st Franklin, 6335 Us Hwy 49 Ste 20, Hattiesburg, MS 39401 |
| 5467134 | + | EDI: CAPITALONE.COM | Apr 29 2025 23:46:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5467135 | + | Email/Text: bankruptcy@curo.com | Apr 29 2025 19:48:00 | Covington credit, Attn: Bankruptcy, Po Box 1947, Greenville, SC 29602-1947 |
| 5467136 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2025 20:01:33 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5467138 | + | Email/Text: ebone.woods@usdoj.gov | Apr 29 2025 19:48:00 | Dept of VA, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5467140 | | Email/Text: gordie@i-bankonline.com | Apr 29 2025 19:48:00 | Independent Bank, Attn: Bankruptcy, 5050 Poplar Ave, Ste 112, Memphis, TN 38157 |
| 5467139 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Apr 29 2025 19:48:00 | Hattiesburg Clinic, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 5467141 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 29 2025 19:47:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5467142 | + | EDI: AGFINANCE.COM | Apr 29 2025 23:39:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5467146 | | Email/Text: bankruptcy@republicfinance.com | Apr 29 2025 19:48:00 | Republic Finance, 5880 Trussville Cross, Ste 112, Birmingham, AL 35235 |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: 318 | Total Noticed: 23 |

| 5467145 | + Email/Text: bankruptcy@regionalmanagement.com | Apr 29 2025 19:47:00 | Regional Finance, Attn: Bankruptcy, 979 Batesville Rd, Ste B, Greer, SC 29651-6819 |
| 5467148 | + EDI: USBANKARS.COM | Apr 29 2025 23:46:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5467149 | ^ MEBN | Apr 29 2025 19:44:47 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5467150 | + Email/Text: bk@worldacceptance.com | Apr 29 2025 19:48:13 | Wfc, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jack David Anderson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Sharon Lynn Anderson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

| *Information to identify the case:* | | |
|---|---|---|
| Debtor 1 | **Jack David Anderson** | Social Security number or ITIN **xxx–xx–1466** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Sharon Lynn Anderson** | Social Security number or ITIN **xxx–xx–7255** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:  **25–50105–KMS** | | |

# Order of Discharge                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Jack David Anderson**                    **Sharon Lynn Anderson**
                                           aka Sharon L Anderson

Dated: 4/29/25                             **By the court:** /s/Katharine M. Samson
                                                             United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---